**Form 210A (12/09)**

# United States Bankruptcy Court

### EASTERN DISTRICT OF TENNESSEE

In Re:                                                                    Case No.  0814582
DENNIS JEREMY CRUMLEY

MICHA ELIZABETH CRUMLEY

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives
evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim
referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                    National Capital Management, LLC.

---------------------------------------------                    ---------------------------------------------
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): 5
should be sent:                                       Amount of Claim: $21,099.14
Portfolio Recovery Associates, LLC                    Date Claim Filed: 09/22/2008
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298                                  Phone:
Last Four Digits of Acct # :  1000                    Last Four Digits of Acct #: 1000

Name and Address where transferee payments           Seller Information
Should be sent (if different from above)              National Capital Management, LLC
Portfolio Recovery Associates, LLC                    8245 Tournament Drive Ste 230
POB 12914                                             Memphis TN 38125
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 1000

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my
knowledge and belief.

By: /s/ Dolores Garcia                                Date: 5/12/2014
     ---------------------------------------------
     Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

**Exhibit 1 to**
**Purchase and Sale Agreement dated March 25, 2014**

**BILL OF SALE**

National Capital Management, LLC ("Seller"), in consideration of a Purchase Price of
████████ and other valuable consideration, the receipt of which is hereby acknowledged,
hereby sells, assigns and transfers all right, title and interest in the Accounts identified in the Sale
File entitled ████████████████████ (which may be in electronic form) to Portfolio
Recovery Associates, LLC ("Buyer"), without recourse or representation except as expressly
provided herein or on the terms, and subject to the conditions, set forth in the Agreement (as
defined below).

This Bill of Sale is delivered pursuant to that certain Purchase and Sale Agreement, dated
as of March   25, 2014 by and between Seller and Buyer (the "Agreement"). All capitalized
terms used, but not defined, in this Bill of Sale shall have the meanings assigned to such terms in
the Agreement.

The Cutoff Date for the Sale File was January 15, 2014. The aggregate Account Sale
Balance of the Accounts as of the Cutoff Date was ████████.

NATIONAL CAPITAL MANAGEMENT,
LLC

By: _____

Name: James A. Cash

Title: CFO